## ELLISON *v.* WHITE.

GILBERT, J.   The court did not err in granting an interlocutory injunction "to continue in force until a final trial on the merits of said case."
                    *Judgment affirmed.   All the Justices concur.*

No. 9998.   MARCH 14, 1934.

*R. W. Smith Jr.,* for plaintiff in error.
*Wheeler & Kenyon,* contra.